IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO CABRAL,

        Plaintiff,                       No. CIV S-08-0029 MCE DAD

        v.

COUNTY OF GLENN, et al.,           ORDER

        Defendants.

_____/

        This case came before the court on May 8, 2009, for hearing on plaintiff's motion to compel defendants to produce all previously noticed witnesses for deposition (Doc. No. 123). Aaron J. Stewart appeared for plaintiff. Bruce A. Kilday and John A. Whitesides appeared for the City of Willows defendants. No appearance was made by counsel on behalf of the Glenn County defendants.

        For the reasons stated in open court, plaintiff's motion to compel defendants to produce all previously noticed witnesses for deposition (Doc. No. 123) was granted. The depositions in question shall be conducted so as to be completed by September 2, 2009, unless a stay of discovery is ordered either by the assigned District Judge or the Ninth Circuit Court of

/////

/////

1

1  Appeals in connection with the interlocutory appeal on the issue of qualified immunity taken by
2  the City of Willows defendants.
3           IT IS ORDERED.
4  DATED: May 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/cabral0029.oah.050809