BRUCE A. KILDAY, ESQ., SB No. 066415
 Email: bkilday@akk-law.com
JOHN A. WHITESIDES, ESQ., SB No. 125611
 Email: jwhitesides@akk-law.com
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
 Email: cfrederickson@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF WILLOWS  and WILLOWS POLICE OFFICER JASON DAHL

# UNITED STATES DISTRIT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO CABRAL, | Case No.: 2:08-CV-00029-MCE-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF GLENN, | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended complaints, shall be dismissed, with prejudice, as to the City of Willows and Officer Jason Dahl, only.  It is further stipulated that each party is to bear its own costs, including all attorney's fees.

Dated: September 10, 2009                STEWART, HUMPHERYS, BURCHETT & MOLIN

                                                                    */s/ Richard Molin*
                                                         By:_____
                                                              RICHARD MOLIN
                                                              Attorneys for Plaintiff REYNALDO CABRAL

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 10, 2009 | ANGELO, KILDAY & KILDUFF |
| 3 | | */s/ Bruce A. Kilday* |
| 4 | | By:_____ |
| | | BRUCE A. KILDAY |
| 5 | | JOHN A. WHITESIDES |
| 6 | | CARRIE A. FREDERICKSON |
| | | Attorneys for Defendants CITY OF |
| 7 | | WILLOWS and OFFICER JASON |
| | | DAHL |

**ORDER**

IT IS SO ORDERED.

DATED: September 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com