DENNIS HALSEY, ESQ. SBN 66091
Law Offices of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976

Attorney for defendants
Glenn County Jail, James Miranda,
Charlene Landeros, Leonard Clemens,
Rosemary Carmon, Josh Van Eck,
and Dee Dee Nelson

**United States District Court**
**Eastern District of California, Sacramento**

REYNALDO CABRAL,

Plaintiff

vs.

COUNTY OF GLENN, ET AL.,

Defendants.

Case No. 2:08-CV-00029-MCE-DAD

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

It is hereby stipulated between the parties, by and through their respective attorneys, that plaintiff's action against the County of Glenn, the Glenn County Department of Behavioral Health, the Glenn County Sheriff's Department, the Glenn County Jail, Sheriff Larry Jones, Scott Gruendl, Sergeant Todd James, Sergeant James Miranda, Corporal Rosemary Carmon, Deputy Sheriff Brandy McDonald, Deputy Paulette Blakeley, and Correctional Officers Charlene Landeros, Leonard Clemens, Dee Dee Nelson, and Josh Van Eck shall be dismissed, with prejudice. It is also stipulated that each party shall bear its/his/her own costs and attorney's fees.

//

//

Date: September 22, 2009

/s/ Dennis Halsey, Esq.
Dennis Halsey Esq.
Attorney for defendants the Glenn County Jail, Miranda, Landeros, Clemens, Van Eck, Carmon, and Nelson

Date: September 23, 2009

/s/ Leonard Gary Krup, Esq.
Leonard Gary Krup, Esq.
Attorney for defendants the County of Glenn, the Glenn County Sheriff's Department, the Glenn County Department of Behavioral Health, Sheriff Larry Jones, Scott Gruendl, Sergeant Todd James, and Deputy Brandy McDonald

Date: September 23, 2009

/s/ Richard Molin, Esq.
Richard Molin, Esq.
Attorney for Plaintiff Reynaldo Cabral

**ORDER**

IT IS SO ORDERED

Dated: 10/1/09

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE