Wayne H. Maire, State Bar No.: 88850
Aaron W. Moore, State Bar No.: 248566
MAIRE & BEASLEY
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA  96099-4607
Phone:  530-246-6050 / Fax:  530-246-6060

Attorneys for Defendants,
SIERRA FAMILY SERVICES and
RICHARD GORDON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO CABRAL,<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTY OF GLENN, et al.<br><br>           Defendants.<br>_____/ | Case No.: 2:08-CV-00029-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended Complaints shall be dismissed, with prejudice, as to SIERRA FAMILY SERVICES and RICHARD GORDON, only.  It is further stipulated that each party is to bear its own costs, including all attorney's fees.

Dated:  September 15, 2009                                STEWART, HUMPHREYS,
                                                                              BURCHETT & MOLIN


                                                                              /s/
                                                                              RICHARD MOLIN
                                                                              Attorneys for Plaintiff
                                                                              REYNALDO CABRAL

*[signatures continued on following page]*

**STIPULATION FOR DISMISSAL WITH PREJUDICE**                                                                              **PAGE 1**

1  Dated: October 2, 2009

2                                                    MAIRE & BEASLEY

3

4                                                    /s/
                                                     WAYNE H. MAIRE
5                                                    AARON W. MOORE
                                                     Attorneys for Defendants,
6                                                    SIERRA FAMILY SERVICES and
7                                                    RICHARD GORDON

8

9                                           **O R D E R**

10

11     **IT IS SO ORDERED.**

12     **DATED:** October 2, 2009

13                                           _____
                                             MORRISON C. ENGLAND, JR
14                                           UNITED STATES DISTRICT JUDGE