1 | STEWART HUMPHERYS
BURCHETT & MOLIN LLP
2 | **RICHARD J. MOLIN SBN 066894**
Post Office Box 720
3 | Chico, California 95927
(530) 891-6111
4 | Fax: (530) 894-2103

5 | WILCOXEN, CALLAHAN,
MONTGOMERY & DEACON
6 | **DANIEL E. WILCOXEN, SBN 054805**
**EDWARD DEACON, SBN 127638**
7 | 2114 K Street
Sacramento, CA 95826
8 | (916) 442-2777
Fax: (916) 442-4118

10 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| REYNALDO CABRAL, | Case No. 2:08-CV-00029-MCE-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; SHERIFF LARRY JONES, individually, and in his official capacity as Sheriff of Glenn County; SHERIFF DEPUTY PAULETTE BLAKELY, individually, and in her official capacity as a Glenn County employee and law enforcement officer; SHERIFF DEPUTY BRANDY McDONALD, individually, and in her official capacity as a Glenn County employee and law enforcement officer; SHERIFF DEPUTY JAMES MIRANDA, individually, and in his official capacity as a Glenn County employee and law enforcement officer**;** SERGEANT TODD JAMES, individually and in his official capacity as a Glenn County law enforcement officer; GLENN COUNTY JAIL; OFFICER CHARLENE LANDEROS, individually, and in her official capacity as a Glenn County law enforcement officer; JAIL OFFICER LEONARD CLEMENS, individually and in his official capacity as a Glenn County law enforcement officer; JAIL STAFF CORPORAL ROSEMARY CARMEN, individually | |

1  and in her official capacity as a Glenn County law enforcement officer; JAIL OFFICER JOSH VAN
2  ECK, individually and in his official capacity as a Glenn County law enforcement officer; JAIL
3  OFFICER DEE DEE NELSON, individually, and in her official capacity as a Glenn County law
4  enforcement officer; GLENN MEDICAL CENTER, INC.; WOODY LAUGHNAN, JR., Administrator of
5  GLENN MEDICAL CENTER, INC.; RICHARD BALDWIN, in his official and individual capacities as
6  an employee of GLENN MEDICAL CENTER, and a nurse at the GLENN COUNTY JAIL; GLENN
7  COUNTY DEPARTMENT OF MENTAL HEALTH; SCOTT GRUENDL, DIRECTOR OF GLENN
8  COUNTY DEPARTMENT OF MENTAL HEALTH, individually, and in his official capacity; DR.
9  ROBERT ZADRA, M.D., individually, and in his official capacity as an employee of the GLENN
10 COUNTY DEPARTMENT OF MENTAL HEALTH; SIERRA FAMILY SERVICES; RICHARD
11 GORDON, M.S., individually and in his official capacity as an employee for the GLENN COUNTY
12 DEPARTMENT OF MENTAL HEALTH; COUNTY OF GLENN NURSE DONNA TOMISCH,
13 individually and in her official capacity as a nurse for the County of Glenn and the Glenn County Jail;
14 COUNTY OF BUTTE; BUTTE COUNTY DEPARTMENT OF BEHAVIORAL HEALTH;
15 CITY OF WILLOWS; CITY OF WILLOWS POLICE DEPARTMENT, WILLOWS POLICE OFFICER
16 JASON DAHL, individually, and in his official capacity as a City of Willows police officer and agent
17 for the County of Glenn; and DOES 1 to 50, inclusive,
18
           Defendants.
19 _____/
20
21 ///
22 ///
23 ///
24 ///
25
26 ///
27 ///
28 ///

2
STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended complaints, shall be dismissed, with prejudice, as to GLENN MEDICAL CENTER, INC.; WOODY LAUGHNAN, JR.; RICHARD BALDWIN; DR. ROBERT ZADRA, M.D.  It is further stipulated that each party is to bear its own costs, including attorney's fees.

Dated: October 6, 2009   WILCOXEN CALLAHAN MONTGOMERY & DEACON

/s/ E.S. Deacon
E.S. Deacon
Attorneys for Plaintiff REYNALDO CABRAL

Dated: October 6, 2009   STEWART HUMPHREYS BURCHETT & MOLIN LLP

/s/ Richard J. Molin
Richard J. Molin
Attorneys for Plaintiff REYNALDO CABRAL

Dated: October 6, 2009   LAW OFFICES OF DENNIS HALSEY

/s/ Dennis Halsey
Dennis Halsey
Attorney for Defendants GLENN COUNTY JAIL, JAMES MIRANDA, CHARLENE LANDEROS, LEONARD CLEMENS, ROSEMARY CARMEN, JOSH VAN ECK and DEE DEE NELSON

Dated: October 6, 2009   LAW OFFICES OF LEONARD G. KRUP

/s/ Leonard G. Krup
Leonard G. Krup
Attorney for Defendants COUNTY OF GLENN, GLENN COUNTY SHERIFF'S DEPARTMENT, GLENN COUNTY DEPARTMENT OF MENTAL HEALTH, LARRY JONES, BRANDY MCDONALD, TODD JAMES AND SCOTT GRUENDL

STIPULATION FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: October 6, 2009 | MAIRE & BEASLEY |
| 2 | | |
| 3 | | /s/ Wayne Maire |
| 4 | | Wayne Maire |
| | | Attorney for Defendants SIERRA FAMILY SERVICES |
| 5 | | AND RICHARD GORDON, M.S. |
| 6 | Dated: October 6, 2009 | SCHUERING ZIMMERMAN |

Dated: October 6, 2009            MAIRE & BEASLEY

/s/ Wayne Maire
Wayne Maire
Attorney for Defendants SIERRA FAMILY SERVICES AND RICHARD GORDON, M.S.

Dated: October 6, 2009            SCHUERING ZIMMERMAN

/s/ Leo Schuering
Leo Schuering
Attorney for Defendants GLENN MEDICAL CENTER, WOODY LAUGHNAN JR., RICHARD BALDWIN AND DONNA TOMISH

Dated: October 6, 2009            MCNAMARA DODGE NEY BEATTY SLATTERY PFALZER BORGES & BROTHERS LLP

/s/ Robert M. Slattery
Robert M. Slattery
Attorney for Defendant ROBERT ZADRA MD

Dated: October 6, 2009            PORTER SCOTT

/s/ Terence J. Cassidy
Terence J. Cassidy
Attorney for Defendants COUNTY OF BUTTE AND BUTTE COUNTY DEPARTMENT OF MENTAL HEALTH

ORDER

IT IS SO ORDERED.

Dated: October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4
STIPULATION FOR DISMISSAL WITH PREJUDICE