1  STEWART HUMPHERYS
   BURCHETT & MOLIN LLP
2  **RICHARD J. MOLIN SBN 066894**
   Post Office Box 720
3  Chico, California 95927
   (530) 891-6111
4  Fax: (530) 894-2103

5  WILCOXEN, CALLAHAN,
   MONTGOMERY & DEACON
6  **DANIEL E. WILCOXEN, SBN 054805**
   **EDWARD DEACON, SBN 127638**
7  2114 K Street
   Sacramento, CA 95826
8  (916) 442-2777
   Fax: (916) 442-4118
9

10  Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13
                              ---o0o—
14

15  REYNALDO CABRAL,                          **Case No.  2:08-CV-00029-MCE-DAD**

16        Plaintiff,                          **STIPULATION FOR DISMISSAL**
                                              **WITH PREJUDICE**
17  vs.

18  COUNTY OF GLENN;   GLENN COUNTY
    SHERIFF'S DEPARTMENT; SHERIFF LARRY
19  JONES, individually, and in his official capacity as
    Sheriff of Glenn County;   SHERIFF DEPUTY
20  PAULETTE BLAKELY, individually, and in her
    official capacity as a Glenn County employee and law
21  enforcement officer; SHERIFF DEPUTY BRANDY
    McDONALD, individually, and in her official
22  capacity as a Glenn County employee and law
    enforcement officer; SHERIFF DEPUTY JAMES
23  MIRANDA, individually, and in his official capacity
    as a Glenn County employee and law enforcement
24  officer**;** SERGEANT TODD JAMES, individually and
    in his official capacity as a Glenn County law
25  enforcement officer; GLENN COUNTY JAIL;
    OFFICER CHARLENE LANDEROS, individually,
26  and in her official capacity as a Glenn County law
    enforcement officer;  JAIL OFFICER LEONARD
27  CLEMENS, individually and in his official capacity as
    a Glenn County law enforcement officer; JAIL STAFF
28  CORPORAL ROSEMARY CARMEN, individually

                                    1

1   and in her official capacity as a Glenn County law
    enforcement officer; JAIL OFFICER JOSH VAN
2   ECK, individually and in his official capacity as a
    Glenn County law enforcement officer; JAIL
3   OFFICER DEE DEE NELSON, individually, and in
    her official capacity as a Glenn County law
4   enforcement officer; GLENN MEDICAL CENTER,
    INC.; WOODY LAUGHNAN, JR., Administrator of
5   GLENN MEDICAL CENTER, INC.; RICHARD
    BALDWIN, in his official and individual capacities as
6   an employee of GLENN MEDICAL CENTER, and a
    nurse at the GLENN COUNTY JAIL; GLENN
7   COUNTY DEPARTMENT OF MENTAL HEALTH;
    SCOTT GRUENDL, DIRECTOR OF GLENN
8   COUNTY DEPARTMENT OF MENTAL HEALTH,
    individually, and in his official capacity; DR.
9   ROBERT ZADRA, M.D., individually, and in his
    official capacity as an employee of the GLENN
10  COUNTY DEPARTMENT OF MENTAL HEALTH;
    SIERRA FAMILY SERVICES; RICHARD
11  GORDON, M.S., individually and in his official
    capacity   as an employee for the GLENN COUNTY
12  DEPARTMENT OF MENTAL HEALTH; COUNTY
    OF GLENN NURSE DONNA TOMISCH,
13  individually and in her official capacity as a nurse for
    the County of Glenn and the Glenn County Jail;
14  COUNTY OF BUTTE;   BUTTE COUNTY
    DEPARTMENT OF BEHAVIORAL HEALTH;
15  CITY OF WILLOWS; CITY OF WILLOWS POLICE
    DEPARTMENT,   WILLOWS POLICE OFFICER
16  JASON DAHL, individually, and in his official
    capacity as a City of Willows police officer and agent
17  for the County of Glenn;   and DOES 1 to 50,
    inclusive,

18
            Defendants.
19  _____/

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                            2
────────────────────────────────────────────
        STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended complaints, shall be dismissed, with prejudice, as to SIERRA FAMILY HEALTH; DONNA TOMSICH; COUNTY OF BUTTE; BUTTE COUNTY DEPARTMENT OF BEHAVORIAL HEALTH; CITY OF WILLOWS POLICE DEPARTMENT.  It is further stipulated that each party is to bear its own costs, including attorney's fees.

Dated: November 3, 2009                          WILCOXEN CALLAHAN
                                                 MONTGOMERY & DEACON


                                                 /s/ E.S. Deacon
                                                 E.S. Deacon
                                                 Attorneys for Plaintiff REYNALDO CABRAL

Dated: November 3, 2009                          STEWART HUMPHREYS BURCHETT &
                                                 MOLIN LLP


                                                 /s/ Richard J. Molin
                                                 Richard J. Molin
                                                 Attorneys for Plaintiff REYNALDO CABRAL

Dated: November 3, 2009                          SCHUERING ZIMMERMAN


                                                 /s/ Patricia Tweedy
                                                 Patricia Tweedy
                                                 Attorney for Defendant DONNA TOMISCH

Dated: November 3, 2009                          McNAMARA DODGE


                                                 /s/ Robert M. Slattery
                                                 Robert M. Slattery
                                                 Attorney for Defendants COUNTY OF BUTTE AND
                                                 BUTTE COUNTY DEPARTMENT OF
                                                 BEHAVORIAL HEALTH

STIPULATION FOR DISMISSAL WITH PREJUDICE

1  Dated: November 3, 2009                    PORTER SCOTT

2

3                                            /s/ Terence J. Cassidy
                                             Terence J. Cassidy
4                                            Attorney for Defendants COUNTY OF BUTTE AND
                                             BUTTE   COUNTY   DEPARTMENT   OF
5                                            BEHAVIORAL HEALTH

6
   Dated: November 3, 2009                    ANGELO KILDAY & KILDUFF
7

8
                                             /s/ Bruce A. Kilday
9                                            Bruce A. Kilday
                                             Attorney for Defendants CITY OF WILLOWS POLICE
10                                           DEPARTMENT

11

12                                   ORDER

13       Good cause appearing, the above parties are hereby dismissed with prejudice. Because this

14  stipulation dismisses the last remaining named defendants in the complaint, the Clerk's office is

15
   directed to close the file.
16

17       IT IS SO ORDERED.

18   Dated:  November 5, 2009

19

20                                          _____
                                            MORRISON C. ENGLAND, JR.
21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE